UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  19-06100
Erika Rodriguez Wallace  )
 )  Chapter: 13
 )  Honorable Pamela S. Hollis
 )  Joliet
 )
Debtor(s)  )

**ORDER ON MOTION TO CONVERT THE CHAPTER 7 CASE TO A CHAPTER 13 CASE**

Upon Debtor's Motion, no responsive pleading having been filed or objection within the time required,

IT IS HEREBY ORDERED:

1. The Debtor's Motion to Convert her Chapter 7 Bankruptcy case to a Chapter 13 Bankruptcy case is hereby granted.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated:  November 01, 2019

**Prepared by:**

David H. Cutler, ESQ
Counsel for the Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie, IL 60076
847-673-8600