| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Erika Rodriguez Wallace** | | Social Security number or ITIN | **xxx–xx–8544** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | Date case filed in chapter **7** | **3/6/19** |
| Case number: | **19–06100** | | Date case converted to chapter **13** | **11/1/19** |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Erika Rodriguez Wallace | |
| 2. | **All other names used in the last 8 years** | aka Erika G Ortiz, aka Erika G Rodriguez | |
| 3. | **Address** | 3606 Cleary Ave.<br>Joliet, IL 60431 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 11/8/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 11, 2019 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | Location:<br>**801 Warrenville Rd, Ste 655, Lisle, IL 60532–3614** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/10/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/10/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/10/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The hearing on confirmation will be held on: **1/10/20** at **10:45 AM** , Location: **Joliet City Hall, 150 W Jefferson Street, 2nd Floor, Joliet, IL 60432.** The debtor has not filed a plan as of this date. A copy of the plan will be sent separately.<br><br>**The Disclosure of Compensation has not been filed at this time**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 19-06100-PSH
Erika Rodriguez Wallace                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: ckeith              Page 1 of 3            Date Rcvd: Nov 08, 2019
                             Form ID: 309I             Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
```
db             +Erika Rodriguez Wallace,    3606 Cleary Ave.,    Joliet, IL 60431-2700
aty            +Ha M Nguyen,    Office of the U.S. Trustee,    219 S. Dearborn Street,    Chicago, IL 60604-2027
tr             +Glenn B Stearns,    801 Warrenville Road Suite 650,    Lisle, IL 60532-4350
27614330       +Aes/citz Bk,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
27614342       +Atg Credit,    1700 West Cortland Street,    Suite 201,    Chicago, IL 60622-1166
27614352       +Autoprtflsrv,    Po Box 4097,    Englewood, CO 80155-4097
27614353       +Big O Tires,    Attn: Bankruptcy Dept,    Po Box 6497,    Sioux Falls, SD 57117-6497
27614356       +City of Lake Geneva Fire Dept,    9401 W Brown Deer Road,    Suite 101,
                 Milwaukee, WI 53224-2009
27614357       +Comprehensive Pathology Services,    26570 Network Place,    Chicago, IL 60673-1265
27614364       +Dentalworks,    P O Box 64-3005,    Cincinnati, OH 45264-3005
27614367       +Dr. Kelly Hird & Psychologica,    1000 Essington Rd,    Joliet, IL 60435-2841
27614368       +Dupage Medical Group,    15921 Collections Center Drive,    Chicago, IL 60693-0001
27614372      #+EM Strategies LTD,    P O Box 487,    Bedford Park, IL 60499-0487
27614375       +Hinsdale Orthopedics,    P O Box 5461,    Carol Stream, IL 60197-5461
27614376       +Hummingbird Funds LLC d/b/a Blue Trust L,    Attn: Tribal Lending Authority,
                 13394W Trepania Rd,    Hayward, WI 54843-2186
27614377       +ICS Collection Service Inc,    P O Box 1010,    Tinley Park, IL 60477-9110
27614378       +Joliet Radiological,    36910 Treasury Center,    Chicago, IL 60694-6900
27614380       +Med Business Bureau,    1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
27614381       +Medical Business Bureau,    P O Box 1219,    Park Ridge, IL 60068-7219
27614386       +Merchants Credit Guide,    223 W Jackson Blvd,    #700,    Chicago, IL 60606-6914
27614389       +Merchants? Credit Guide Co.,    223 West Jackson Boulevard,    Suite 700,
                 Chicago, IL 60606-6914
27614399       +Momence Packing,    Attn: Teller, Levit & Silvertrust PC,    19 S LaSalle St, #701,
                 Chicago, IL 60603-1431
27614401       +One Advantage LLC,    7650 Magna Drive,    Belleville, IL 62223-3366
27614402       +Orthopedic Associates of Kan,    P O Box 14099,    Belfast, ME 04915-4034
27614405       +Presence St Joseph Medical Center,    1643 Lewis Ave,    Suite 203,    Billings, MT 59102-4151
27614406       +Presence St Joseph Medical Center,    P O Box 1270,    Bedford Park, IL 60499-1270
27614409       +Renuka H Bhatt MDSC,    2202 Essington Rd,    Suite 101,    Joliet, IL 60435-1604
27614410       +Rush Copley Medical Center,    P O Box 2091,    Aurora, IL 60507-2091
27614412       +Silver Cross Hospital,    1900 Silver Cross BLVD,    New Lenox, IL 60451-9509
27614411       +Silver Cross Hospital,    7008 Solutions Center,    Chicago, IL 60677-7000
27614416       +The Pediatric Foundation,    P O Box 4051,    Carol Stream, IL 60197-4051
27614420       +Vision Financial Services,    P O Box 1768,    LaPorte, IN 46352-1768
27614424       +Wakefield & Associates,    Attn: bankruptcy,    7005 Middlebrook Pike,
                 Knoxville, TN 37909-1156
27614425       +Wakefield & Associates,    P O Box 50250,    Knoxville, TN 37950-0250
27614423       +Wakefield & Associates,    Attn: Bankruptcy,    10800 E Bethany Dr,    Aurora, CO 80014-2697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: cutlerfilings@gmail.com Nov 09 2019 01:41:09     David H Cutler,
                 Cutler & Associates, Ltd.,    4131 Main St.,    Skokie, IL   60076
ust             E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Nov 09 2019 01:42:27      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
27614331       +EDI: RMCB.COM Nov 09 2019 06:13:00      AMCA,    Attention: Bankruptcy,
                 4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
27614332        EDI: RMCB.COM Nov 09 2019 06:13:00      AMCA,    P O Box 1235,    Elmsford, NY 10523-0935
27682246        EDI: PHINAMERI.COM Nov 09 2019 06:13:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
27614340       +EDI: PHINAMERI.COM Nov 09 2019 06:13:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
27614341       +E-mail/Text: documents@apellesnow.com Nov 09 2019 01:43:23      Apelles,    3700 Corporate Drive,
                 Suite 240,    Columbus, OH 43231-5001
27614354       +EDI: CAPITALONE.COM Nov 09 2019 06:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
27614358       +EDI: CCS.COM Nov 09 2019 06:13:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
27614361       +EDI: CRFRSTNA.COM Nov 09 2019 06:13:00      Credit First National Association,
                 Attn: Bankruptcy,    Po Box 81315,    Cleveland, OH 44181-0315
27614362       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2019 01:38:59      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
27614363       +E-mail/Text: jbaylander@creditorsprotection.com Nov 09 2019 01:43:55      Creditors Protection S,
                 Attn: Bankruptcy Dept,    Po Box 4115,    Rockford, IL 61110-0615
27614365       +EDI: NAVIENTFKASMDOE.COM Nov 09 2019 06:13:00      Dept of Ed / Navient,    Attn: Claims Dept,
                 Po Box 9635,    Wilkes-Barre, PA 18773-9635
27614366       +EDI: DCI.COM Nov 09 2019 06:13:00      Diversified Consultants, Inc.,    Attn: Bankruptcy,
                 Po Box 551268,    Jacksonville, FL 32255-1268
27614373        EDI: PHINAMERI.COM Nov 09 2019 06:13:00      GM Financial,    P O Box 78143,
                 Phoenix, AZ 85062-8143
27614374        EDI: PHINHARRIS Nov 09 2019 06:13:00      Harris & Harris,    111 West Jackson BLVD,    Suite 400,
                 Chicago, IL 60604-4135
```

```
District/off: 0752-1          User: ckeith                Page 2 of 3                   Date Rcvd: Nov 08, 2019
                              Form ID: 309I               Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
27614379       +E-mail/Text: bncnotices@becket-lee.com Nov 09 2019 01:41:43      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
27614385       +E-mail/Text: clientservices@receivemorermp.com Nov 09 2019 01:43:53
                 Medical Recovery Specialists,    2250 E Devon Ave,    Suite 352,   Des Plaines, IL 60018-4519
27614396       +E-mail/Text: mmrgbk@miramedrg.com Nov 09 2019 01:42:45       MiraMed Revenue Group,
                 360 E. 22nd St,    Lombard, IL 60148-4924
27614400       +E-mail/Text: clientservices@northwestcollectors.com Nov 09 2019 01:42:01
                 Northwest Collectors,    3601 Algonquin Rd,    Suite 232,   Rolling Meadows, IL 60008-3143
27614403        E-mail/Text: info@phoenixfinancialsvcs.com Nov 09 2019 01:41:34
                 Phoenix Financial Services LLC,    8902 Otis Ave,    Suite 103A,   Indianapolis, IN 46216
27614404       +E-mail/Text: pstefanich@forefrontderm.com Nov 09 2019 01:41:50      Premier Dermatology,
                 2051 Plainfield Rd,    Crest Hill, IL 60403-1865
27614408       +E-mail/Text: clientservices@receivemorermp.com Nov 09 2019 01:43:53
                 Receivables Management Partners,    2250 E Devon Ave,    Suite 245,   Des Plaines, IL 60018-4518
27616765       +EDI: RMSC.COM Nov 09 2019 06:13:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
27614413       +EDI: RMSC.COM Nov 09 2019 06:13:00      Synchrony Bank/Amazon,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
27614414       +EDI: RMSC.COM Nov 09 2019 06:13:00      Synchrony Bank/Care Credit,   Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
27614415       +EDI: RMSC.COM Nov 09 2019 06:13:00      Synchrony Bank/JC Penney,   Po Box 965060,   Orlando,
                 Orlando, FL 32896-5060
27614418       +E-mail/Text: bankruptcydepartment@tsico.com Nov 09 2019 01:43:56      Transworld Systems,
                 500 Virginia Dr,    Suite 514,   FT Washington, PA 19034-2733
                                                                                              TOTAL: 28


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27614335*         AMCA,   P O Box 1235,    Elmsford, NY 10523-0935
27614336*         AMCA,   P O Box 1235,    Elmsford, NY 10523-0935
27614337*         AMCA,   P O Box 1235,    Elmsford, NY 10523-0935
27614338*         AMCA,   P O Box 1235,    Elmsford, NY 10523-0935
27614339*         AMCA,   P O Box 1235,    Elmsford, NY 10523-0935
27614333*         AMCA,   P O Box 1235,    Elmsford, NY 10523-0935
27614334*         AMCA,   P O Box 1235,    Elmsford, NY 10523-0935
27614343*        +Atg Credit,    1700 West Cortland Street,    Suite 201,   Chicago, IL 60622-1166
27614344*        +Atg Credit,    1700 West Cortland Street,    Suite 201,   Chicago, IL 60622-1166
27614345*        +Atg Credit,    1700 West Cortland Street,    Suite 201,   Chicago, IL 60622-1166
27614346*        +Atg Credit,    1700 West Cortland Street,    Suite 201,   Chicago, IL 60622-1166
27614347*        +Atg Credit,    1700 West Cortland Street,    Suite 201,   Chicago, IL 60622-1166
27614348*        +Atg Credit,    1700 West Cortland Street,    Suite 201,   Chicago, IL 60622-1166
27614349*        +Atg Credit,    1700 West Cortland Street,    Suite 201,   Chicago, IL 60622-1166
27614350*        +Atg Credit,    1700 West Cortland Street,    Suite 201,   Chicago, IL 60622-1166
27614351*        +Atg Credit,    1700 West Cortland Street,    Suite 201,   Chicago, IL 60622-1166
27614355*        +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
27614359*        +Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
27614360*        +Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
27614369*        +Dupage Medical Group,    15921 Collections Center Drive,    Chicago, IL 60693-0001
27614370*        +Dupage Medical Group,    15921 Collections Center Drive,    Chicago, IL 60693-0001
27614371*        +Dupage Medical Group,    15921 Collections Center Drive,    Chicago, IL 60693-0001
27614382*        +Medical Business Bureau,    P O Box 1219,    Park Ridge, IL 60068-7219
27614383*        +Medical Business Bureau,    P O Box 1219,    Park Ridge, IL 60068-7219
27614384*        +Medical Business Bureau,    P O Box 1219,    Park Ridge, IL 60068-7219
27614387*        +Merchants Credit Guide,    223 W Jackson Blvd,    #700,   Chicago, IL 60606-6914
27614388*        +Merchants Credit Guide,    223 W Jackson Blvd,    #700,   Chicago, IL 60606-6914
27614390*        +Merchants? Credit Guide Co.,    223 West Jackson Boulevard,    Suite 700,
                  Chicago, IL 60606-6914
27614391*        +Merchants? Credit Guide Co.,    223 West Jackson Boulevard,    Suite 700,
                  Chicago, IL 60606-6914
27614392*        +Merchants? Credit Guide Co.,    223 West Jackson Boulevard,    Suite 700,
                  Chicago, IL 60606-6914
27614393*        +Merchants? Credit Guide Co.,    223 West Jackson Boulevard,    Suite 700,
                  Chicago, IL 60606-6914
27614394*        +Merchants? Credit Guide Co.,    223 West Jackson Boulevard,    Suite 700,
                  Chicago, IL 60606-6914
27614395*        +Merchants? Credit Guide Co.,    223 West Jackson Boulevard,    Suite 700,
                  Chicago, IL 60606-6914
27614397*        +MiraMed Revenue Group,    360 E. 22nd St,    Lombard, IL 60148-4924
27614398*        +MiraMed Revenue Group,    360 E. 22nd St,    Lombard, IL 60148-4924
27614407*        +Presence St Joseph Medical Center,    P O Box 1270,    Bedford Park, IL 60499-1270
27614417*        +The Pediatric Foundation,    P O Box 4051,    Carol Stream, IL 60197-4051
27614419*        +Transworld Systems,    500 Virginia Dr,    Suite 514,   FT Washington, PA 19034-2733
27614422*        +Vision Financial Services,    P O Box 1768,    LaPorte, IN 46352-1768
27614421*        +Vision Financial Services,    P O Box 1768,    LaPorte, IN 46352-1768
                                                                                         TOTALS: 0, * 40, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: ckeith              Page 3 of 3              Date Rcvd: Nov 08, 2019
                              Form ID: 309I             Total Noticed: 63
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:
              Cari A Kauffman    on behalf of Creditor    AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM Financial
               ckauffman@sormanfrankel.com,   dfrankel@sormanfrankel.com
              David H Cutler    on behalf of Debtor 1 Erika  Rodriguez Wallace cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Glenn B Stearns    stearns_g@lisle13.com
              Ha M Nguyen    on behalf of U.S. Trustee Patrick S Layng ha.nguyen@usdoj.gov,
               USTP.region11.es.ecf@usdoj.gov
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5